UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VIVIAN WILLIAMS,

    Plaintiff,

    v.

PETER PANTHER, JR., and SWIFT
TRANSPORTATION CO. OF ARIZONA, LLC,

    Defendants/Crossclaim Plaintiff,

and

NATALIE WHITLOW,

    Defendant/Crossclaim Defendant.

Case No. 19-cv-576-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on the response of defendants Peter Panther, Jr., and Swift Transportation Co. of Arizona, LLC ("Swift") to the Court's December 9, 2019, order to show cause (Doc. 38). The Court ordered Panther and Swift to show cause why the Court should not find complete diversity no longer exists in light of the shared citizenship of plaintiff Vivian Williams and defendant Natalie Whitlow and why the Court should not therefore remand this case to state court. Panther and Swift have responded that they see no cause why the case should not be remanded. Accordingly, the Court **REMANDS** this matter to the Circuit Court for the Second Judicial Circuit, Jefferson County, Illinois, pursuant to 28 U.S.C. § 1447(c) and (e) for lack of subject matter jurisdiction. The Court further **DENIES as moot** Williams's motion to remand (Doc. 39) and Panther's and Swift's motion for default judgment against Whitlow (Doc. 40).

**IT IS SO ORDERED.**
**DATED:  December 23, 2019**

                                                      s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**